# United States Bankruptcy Court
## District of Nevada

Case No. **11–14648–lbr**
Chapter 7

In re: (Name of Debtor)
    RYAN S. RICHARDSON
    2345 RED WILLOW LANE
    HENDERSON, NV 89014

    DEANNA M. CHARTIER–RICHARDSON
    aka DEANNA M. CHARTIER
    2345 RED WILLOW LANE
    HENDERSON, NV 89014

Social Security No.:
    xxx–xx–1294

    xxx–xx–5533

## FINAL DECREE

The estate of the debtor(s) noted below has been fully administered:

☐     RYAN S. RICHARDSON

☐     DEANNA M. CHARTIER–RICHARDSON

IT IS ORDERED THAT WILLIAM A LEONARD is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 7/11/11

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court